UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MACIAS CORONADO, | ) | 1:04-CV-6012 AWI LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| v. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| M. YARBOROUGH, Warden, | ) | [Doc. #20] |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 26, 2005, Petitioner filed a request for an extension of time in which to file a traverse to Respondent's response to the petition. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file a traverse.

IT IS SO ORDERED.

**Dated:    September 13, 2005**                    **/s/ Lawrence J. O'Neill**
23ehd0                                                              UNITED STATES MAGISTRATE JUDGE